IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERRY ASBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:18-cv-1923 |
| WELLSTAR HEALTH SYSTEM, | ) |
| INC. AND XYZ CORP., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff, Sherry Asberry, and defendant, WellStar Health System Inc., and stipulate that the above-styled action shall be and the same hereby is dismissed as to all defendants WITH PREJUDICE. All parties shall bear their own costs and expenses of litigation.

This 28th day of May, 2018.

THE STRICKLAND FIRM, LLC

/s/ Ryan T. Strickland
_____
Ryan T. Strickland
Georgia Bar No. 687904
Attorney for Plaintiff

-2-

THE STRICKLAND FIRM, LLC
222 Cherokee St.
Marietta, GA 30060

                SWIFT, CURRIE, MCGHEE & HIERS, LLP

                /s/ Calvin P. Yaeger
                David M. Atkinson
                Georgia Bar No. 026460
                david.atkinson@swiftcurrie.com
                Calvin P. Yaeger
                Georgia Bar No. 797952
                calvin.yaeger@swiftcurrie.com
                *Attorneys for Defendant WellStar*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of May, 2018, I electronically filed the foregoing *Stipulation of Dismissal With Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Calvin P. Yaeger, Esq.
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, NE
The Peachtree, Suite 300
Atlanta, GA  30309
(404) 874-8800

/s/ Ryan T. Strickland
_____
Ryan T. Strickland